**Order filed October 15, 2015**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00257-CV**

_____

**HUGH FORREST, Appellant**

**V.**

**TECHNICAL AND GENERAL GUARANTY CO., S.A., Appellee**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-10725**

---

## O R D E R

On June 10, 2014, this court abated this appeal because appellee petitioned for voluntary bankruptcy in the First Court of Geneva, Switzerland. *See* Tex. R. App. P. 8.2. Following the abatement, this court has heard nothing from the parties.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.

PER CURIAM